

**Samuel J. Samaro**
Member of the Firm
Designated by the Supreme Court of New Jersey as a Certified Civil Trial Attorney
ssamaro@pashmanstein.com

May 30, 2019

**VIA ECF**
Hon. Lois H. Goodman, U.S.M.J.
United States District Court, District of New Jersey Trenton
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

*Re:*   *Shaw v. Kreizer, et al.*
         *Civil Action No. 3:19-cv-12237-FLW-LHG*

Dear Judge Goodman:

      I am in receipt of Mr. McDaniel's letter to you earlier today. I sent Mr. McDaniel an email on May 23 informing him that we are working on hiring a consultant to perform the work that needs to be done and that I would tell him as soon as that was accomplished. That email is attached to this letter, although it was not attached to the emails he sent the Court. We believe that we have a consultant now, called Driven, Inc., but we have not yet retained that company because they need certain information before we can finalize the financial arrangements. We will have that consultant in place by next week. There are numerous issues requiring cooperation between the parties that occupy our client and my office every day. Mr. McDaniel focuses on the one that he deems to be important. In our opinion, there are much more pressing matters that we are not getting sufficient cooperation on and may, regretfully, require motion practice. In accordance with Your Honor's preference, we will try to raise these issues in a joint letter after the weekend if they cannot be resolved.

                                        Respectfully submitted,

                                        */s/Samuel J. Samaro*
                                        SAMUEL J. SAMARO

SJS/zw
Attachment
cc: David Kreizer (via email)

Court Plaza South            Phone: 201.488.8200
21 Main Street, Suite 200    Fax: 201.488.5556
Hackensack, NJ 07601         www.pashmanstein.com

**From:** Samuel Samaro
**Sent:** Thursday, May 23, 2019 5:53 PM
**To:** Jay R. McDaniel <jmcdaniel@weinerlesniak.com>
**Subject:** Shaw v. Kreizer

Jay: these are clients who contact him. He has not reached out to them. If they contact him, it is fair game. What is ironic is that nearly every day David receives emails and calls from clients who complain that despite signing David's preference form, Shaw's people are still contacting them. We are saving these examples as evidence because we can prove exactly when we informed Shaw that they had indicated a preference for David. In any event, we are not going to listen to Shaw grouse about a rule that he ignores on a daily basis.

We are still in the process of hiring an IT firm to perform the scanning. When we hire someone, you'll be the first to know. We are also still discussing your special master proposal, and we'll get back to you soon on that as well.

Sam Samaro
Member of the Firm
Direct: 201.270.4908
Email

**PashmanStein WalderHayden**

Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com

1