AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Judd Shaw, P.A. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:19-cv-12237 |
| David P. Kreizer, Esq. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendants Amanda Ibrahim, Esq., Evan Marx, Esq., Mary Carroll Santorelli, Josh Edelstein, Diana Navarrete, Abigail Rios, and Kristen Fone and Defendants-Counterclaimants David P. Kreizer, Esq. and David P. Kreizer, LLC.

Date:   06/03/2019

/s/ Paul J. Fishman
*Attorney's signature*

Paul J. Fishman (Bar No. 036611983)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
One Gateway Center
Suite 1025
Newark, NJ 07102
*Address*

paul.fishman@arnoldporter.com
*E-mail address*

(973) 776-1901
*Telephone number*

(973) 776-1919
*FAX number*